UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV21-01509 JAK (JPRx) | | Date | May 5, 2021 |
|----------|--------------------------|---|------|-------------|
| Title | Catherine Apothaker, et al. v. Silverado Senior Living, et al. | | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|------------------------|--------------------------------------------------|

| T. Jackson | Not Reported |
|------------|--------------|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|-----------------------------------|-----------------------------------|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER CONSOLIDATING CASES FOR PRE-TRIAL** JS-6

Based on a review of the parties' Joint Case Management Statement Pursuant to FRCP 26(f) and the Order Re Scheduling in Related Cases (Dkt. 38), it has been determined that this action shall be consolidated for pretrial proceedings with *Albert Sarnoff, et al. v. Silverado Senior Living, et al.*, LA CV 21-70. The Clerk is directed to close the docket in this action. All further filings in the consolidated action shall be filed on the docket in the *Sarnoff* action.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    TJ